CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-MJ-00018-CLB |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |
| v. | |
| DEVON JONES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and MEGAN RACHOW, Assistant United States Attorney, counsel for the United States of America, and JAWARA GRIFFIN, Assistant Federal Public Defender, counsel for DEVON JONES, that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for February 11, 2022, at 11:00 a.m., be continued until March 4, 2022 at 11:00 a.m. Through

/ / /

counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until March 4, 2022, at 11:00 a.m.

DATED this ___ day of February, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

__/s/ Megan Rachow_____     __/s/ Jawara Griffin_____
MEGAN RACHOW                      JAWARA GRIFFIN
Assistant United States Attorney  Assistant Federal Public Defender
                                  Counsel for Defendant Jones

IT IS SO ORDERED.

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: __2/8/2022_____